LAURA M. MAZZA (SBN: 259133)
KATHRYN LANDMAN BAIN (SBN: (260465)
KATHERINE A. DEBSKI (SBN: 271528)
BAIN MAZZA & DEBSKI LLP
570 El Camino Real #150-108
Redwood City, CA 94061
Telephone: (650) 376-0036
Fax: (650) 763-3933
lmazza@bmdlegal.com
kbain@bmdlegal.com
kdebski@bmdlegal.com

Attorneys for Plaintiff CONNIE ARANA

PAUL M. GLEASON (SBN: 155569)
JOSEPH R. BECERRA (SBN: 210709)
DAVID H. DANNING (SBN: 354477)
GLEASON & FAVAROTE, LLP
3646 Long Beach Blvd., Suite 203
Long Beach, California 90807
Telephone:  (213) 452-0510
Facsimile:   (213) 452-0514
pgleason@gleasonfavarote.com
jbecerra@gleasonfavarote.com
ddanning@gleasonfavarote.com

Attorneys for Defendant C&W FACILITY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARANA, | Case No. 5:24-cv-00374-NW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, AND [PROPOSED] ORDER** |
| vs. | |
| C&W FACILITY SERVICES, INC., a corporation, and DOES 1-50, inclusive, | |
| Defendants. | Judge:  Hon. Noel Wise<br>Ctrm:   3, 5th Floor |
| | Action Filed:   October 19, 2023<br>Removal Date:  January 22, 2024 |

1  The Parties to the above-captioned matter, by and through their attorneys of
2  record, HEREBY STIPULATE AND AGREE, pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(ii) that this action, and each and every count and claim asserted
4  therein, be dismissed with prejudice, each party to bear their own costs, expenses and
5  fees. The parties respectfully request that the Court dismiss this case in its entirety as
6  a result of the dismissal.

Dated: May 27, 225

BAIN MAZZA & DEBSKI LLP
LAURA M. MAZZA
KATHRYN LANDMAN BAIN
KATHERINE A. DEBSKI

By:/s/ Laura M. Mazza
_____
Laura M. Mazza
Attorneys for Plaintiff CONNIE ARANA

Dated: May 27, 2025

GLEASON & FAVAROTE, LLP
PAUL M. GLEASON
DAVID H. DANNING
JOSEPH R. BECERRA

By:/s/ Paul M. Gleason[1]
_____
Paul M. Gleason
Attorneys for Defendant C&W FACILITY SERVICES, INC.

---

[1] All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# [PROPOSED] ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED

DATED: May 29, 2025

_____
Hon. Noel Wise
United States District Judge